■ In the Matter of PAUL FISHER, Petitioner, v NEW YORK CITY DEPARTMENT OF CORRECTION et al., Respondents.—Determination of respondent commissioner dated June 6, 1978 unanimously confirmed, without costs and without disbursements, and appeal from judgment, Supreme Court, New

York County, entered on January 3, 1979, unanimously dismissed, without costs and without disbursements, as said judgment was superseded by the transfer order entered on January 9, 1980. No opinion. Concur—Sandler, J. P., Sullivan, Silverman and Carro, JJ.